NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DINA RICH,                                    )
                                              )
            Appellant,                        )
                                              )
v.                                            )        Case No. 2D17-2448
                                              )
JOANNA LEIVA,                                 )
                                              )
            Appellee.                         )
                                              )
_____   )

Opinion filed September 12, 2018.

Appeal from the Circuit Court for
Hillsborough County; Christine K. Vogel,
Associate Senior Judge, and Jared E.
Smith, Acting Circuit Judge.

William S. Foley and Kymberly A. Starr of
William S. Foley, P.A., Tampa, for Appellant.

No appearance by Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.